UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALYN HAWKINS, ET AL.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13323** |
| **SHELLY SANDERS, ET AL.,**<br>    **Defendants** | **SECTION: "E" (1)** |

## ORDER AND REASONS

Before the Court is Chad Lightfoot's Second Motion for Leave to File a Fourth Amended Complaint;[1] Chad Lightfoot's Motion for Leave to Amend/Supplement Complaint;[2] Chad Lightfoot's Motion for Leave to Add Defendant;[3] Chad Lightfoot's Motion for Extension of Time to Issue Summons;[4] and Plaintiffs' Motion to Adopt.[5]

On March 15, 2021, Plaintiffs filed their First Motion for Leave to File a Fourth Amended Complaint.[6] On June 24, 2021, the Court granted in part and denied in part the Plaintiffs' First Motion for Leave to File a Fourth Amended Complaint.[7] The Court's Order reads in pertinent part:

> Plaintiffs filed their Third Amended Complaint on September 28, 2020. In the motion, Plaintiff seeks to remove the names of four anonymous insurance companies. They seek to remove anonymous "Does": the GNOFCU Insurance Company, the Orleans Insurance Company, the Plainsance [sic] Insurance Company, and the Schmidt Insurance Company. Plaintiffs also seek to add five defendants to the Third Amended Complaint: the Parish of Orleans, Chief Michael Glaser, Deputy Marlis, the New Orleans Police Department, and Detective Arlen Barnes.

Accordingly;

---

[1] R. Doc. 199.
[2] R. Doc. 204.
[3] R. Doc. 205.
[4] R. Doc. 207.
[5] R. Doc. 208.
[6] R. Doc. 123.
[7] R. Doc. 145.

1

> IT IS ORDERED that Plaintiff's [First] Motion for Leave [to File Fourth Amended Complaint] is GRANTED IN PART and DENIED IN PART. The motion is GRANTED with respect to the removal of the names of the four anonymous insurance companies as defendants and the addition of [only] the Parish of Orleans as a Defendant. The motion is DENIED with respect to the addition as defendants of the New Orleans Police Department, Chief Michael Glaser, Deputy Maris, and Detective Barnes.[8]

In reaching this decision, the Court highlighted "[t]his action was filed . . . on October 23, 2019. Plaintiffs have already been given four opportunities to plead their case."[9]

Following that June 24, 2021 Order, Plaintiff Chad Lightfoot, in a dilatory fashion, waited until October 14, 2022, to file his Second Motion for Leave to File a Fourth Amended Complaint, which is now before the Court.[10] The proposed fourth amended complaint impermissibly exceeds the scope of what this Court authorized in its June 24, 2021 Order because it: (1) is at least ten pages longer than the third amended complaint and adds new allegations about events occurring in 2021 and 2022; and (2) seeks to add another new defendant, Jason Williams in his official capacity. The Court has already substituted Williams in the place of Leon Cannizzaro, Jr. in his official capacity. Moreover, Plaintiff Chad Lightfoot delayed filing a fourth amended complaint to add the Parish of Orleans as a Defendant to this lawsuit by nearly 14 months. Accordingly, the Court will deny Plaintiff Chad Lightfoot's Second Motion for Leave to File a Fourth Amended Complaint. The Court will, however, dismiss without prejudice Plaintiffs' claims against GNOFCU Insurance Company, the Orleans Insurance Company, the Plainsance [sic] Insurance Company, and the Schmidt Insurance Company. This is consistent with Plaintiff's proposed fourth amended complaint and this Court's June 24,

---

[8] *Id.* at pp. 1-2.
[9] *Id.* at p. 2 n.5.
[10] R. Doc. 199.

2021 Order.

Plaintiffs also have filed several related motions that all are predicated on the Court granting Lightfoot's Second Motion for Leave to File a Fourth Amended Complaint.[11] Because the Court will not grant further leave to file the proposed fourth amended complaint, those motions are moot.

For these reasons;

**IT IS ORDERED** that the Second Motion for Leave to File a Fourth Amended Complaint is **DENIED.**[12]

**IT IS FURTHER ORDERED** that Plaintiffs' claims against GNOFCU Insurance Company, the Orleans Insurance Company, the Plainsance [sic] Insurance Company, and the Schmidt Insurance Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Chad Lightfoot's Motion for Leave to Amend/Supplement Complaint is **DENIED AS MOOT**.[13]

**IT IS FURTHER ORDERED** that Chad Lightfoot's Motion for Leave to Add Defendant is **DENIED AS MOOT**.[14]

**IT IS FURTHER ORDERED** that Chad Lightfoot's Motion for Extension of Time to Issue Summons is **DENIED AS MOOT**.[15]

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Adopt is **DENIED AS MOOT**.[16]

---

[11] R. Doc. 204 (re-urging R. Doc. 199); R. Doc. 205 (in substance, re-urging R. Doc. 199); R. Doc. 207 (requesting an extension of time to serve the proposed fourth amended complaint); and R. Doc. 208 (in substance, re-urging R. Doc. 199 and, additionally, asking that "Plaintiffs Hawkins and Thompson be allowed to adopt Plaintiff Lightfoot's Motion").
[12] R. Doc. 199.
[13] R. Doc. 204.
[14] R. Doc. 205.
[15] R. Doc. 207.
[16] R. Doc. 208.

**New Orleans, Louisiana, this 16th day of March, 2023.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

**Clerk to Notify via Mail**:

Geralyn Hawkins
500 South Starrett Road
New Orleans, LA 70123

Chad Lightfoot #301162
Orleans Parish Justice Center
I.D. #2516543
300 Perdido Street
New Orleans, LA 70119

Nicole Thompson
P.O. Box 1472
Kenner, LA 70063

**Clerk to Notify via E-Mail:**

Geralyn Hawkins
geralynhawkins@yahoo.com